


1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 559-4000
   Facsimile: (559) 559-4099
5
6  Attorneys for the
     United States of America

FILED
APR 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE,<br><br>2126 West Nancy Avenue,<br>Porterville, CA 93257,<br><br>1254 North Birch Street,<br>Porterville, CA 93257, and<br><br>All American Self Storage, LLC,<br>1949 W. Olive Avenue,<br>Porterville, CA 93257,<br>Units: 1505, 1414, and 1496 | CASE NO. 1:13 SW 00084 - GSA<br><br>ORDER SEALING APPLICATION FOR A SEARCH WARRANT, AND AFFIDAVIT IN SUPPORT THEREOF<br><br>**UNDER SEAL** |

   The United States, having applied to this Court for an order permitting it to file under seal its Application for Search Warrant and Affidavit in support thereof, and good cause appearing thereof,

   IT IS ORDERED THAT, the Application for Search Warrant and Affidavit in support thereof, and the Application to Seal Application for a Search Warrant and Memorandum and Declaration in support thereof, in the above-entitled proceedings, shall be
///
///

ORDER SEALING APLICATION FOR SEARCH WARRANT

1

1 | filed with this Court under <u>seal</u> and shall not be disclosed
2 | pending further order of this court.
3 | DATED: April 15, 2013

    _____
    HON. GARY S. AUSTIN
    U.S. Magistrate Court Judge