1 BENJAMIN B. WAGNER
United States Attorney
2 MARK J. McKEON
Assistant United States Attorneys
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 559-4000
Facsimile: (559) 559-4099

6 Attorneys for the
United States of America

**FILED**

JUN 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE,<br><br>2126 West Nancy Avenue,<br>Porterville, CA 93257,<br><br>1254 North Birch Street,<br>Porterville, CA 93257, and | CASE NO. 1:13-sw-00084-GSA<br><br>ORDER SEALING GOVERNMENT'S EX PARTE APPLICATION FOR AN ORDER ALLOWING AN EXTENSION OF TIME WITHIN WHICH TO COMPLETE INITIAL REVIEW OF DIGITAL DEVICES; DECLARATION OF FBI SPECIAL AGENT GINA M. HOFMANN AND EXHIBIT; PROPOSED ORDER<br><br>**UNDER SEAL** |

The United States, having applied to this Court for an order permitting it to file under seal its Application for an Order Allowing an Extension of Time Within Which to Complete Initial Review of Digital Devices; Declaration of FBI Special Agent Gina M. Hofmann and Exhibit; Proposed Order, and good cause appearing thereof,

IT IS ORDERED THAT:

Application for an Order Allowing an Extension of Time

Within Which to Complete Initial Review of Digital Devices; Declaration of FBI Special Agent Gina M. Hofmann and Exhibit; Proposed Order, in the above-entitled proceedings, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: June 17, 2013

*/s/ Sheila K. Oberto*

HON. SHEILA K. OBERTO
U.S. Magistrate Court Judge

ORDER SEALING APLICATION FOR EXTENSION ON SEARCH WARRANT

2