1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 559-4000
   Facsimile:  (559) 559-4099
5

6  Attorneys for the
     United States of America
7

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  IN RE [SEALED]                CASE NO.  1:13-sw-000084-GSA

13                                SEALING ORDER

14

15
         Upon Application of the United States of America and good
16
    cause having been shown,
17
         IT IS HEREBY ORDERED that the documents filed in the above-
18
    captioned matter be and are hereby ordered sealed until further
19
    order by this Court.
20
    DATED: June 17, 2013
21
                                  HON. SHEILA K. OBERTO
22                                U.S. Magistrate Court Judge

23

24

25

26

27

28

ORDER SEALING APLICATION FOR SEARCH
WARRANT

FILED

JUN 1 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

SEALED