**FILED**

JUN 1 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE,                                    CASE NO. 1:13-sw-000084-GSA

2126 West Nancy Avenue,                   [PROPOSED] ORDER
Porterville, CA  93257, and
                                          **UNDER SEAL**
1254 North Birch Street,
Porterville, CA  93257

_____

        Good cause appearing, the Court hereby orders that the

United States may have an additional 60 days, until August 16,

2013, to ~~initially~~ Continue to (S1o) search the digital device to determine

whether the digital device is an item to be seized or contains

any data falling within the list of items seized pursuant to

this warrant and pursuant to search warrant number 1:13-SW-

000084-GSA.

        IT IS SO ORDERED.

DATED: ~~April~~ June 18, 2013        _Sheila K. Oberto_____

                                      HON. SHEILA K. OBERTO
                                      United States Magistrate Judge

APLICATION FOR EXTENSION OF TIME        7
WITHIN WHICH TO SEARCH