BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the SEARCH of:<br><br>2126 West Nancy Avenue,<br>Porterville, CA 93257,<br><br>1254 North Birch Street,<br>Porterville, CA 93257, and<br><br>All American Self Storage, LLC,<br>1949 W. Olive Avenue<br>Porterville, CA 93257,<br>Units 1505, 1414, and 1496 | CASE NO. 1:13-SW-00084 GSA<br><br>ORDER TO UNSEAL AFFIDAVIT AND SEARCH WARRANT |

FILED
MAY 20 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IT IS HEREBY ORDERED that the Affidavit and Search Warrant be unsealed and made public record.

Dated: May 18, 2015

SHEILA K. OBERTO
U.S. Magistrate Judge